# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT

_____

**UNITED STATES OF AMERICA**

    vs.                    **CASE NUMBER: 7:09-CV-1156 (GTS/GHL)**

**ROBERT M. COWLES**

_____

Robert M. Cowles, having failed to appear to defend this action after having been served with process, hereby has default judgment entered against him.

It is adjudged that the United States of America recover from Robert M. Cowles:

| | | |
|---|---|---|
| Principal Balance | $ | 3,281.25 |
| Total Interest Accrued | $ | 417.26 |
| | | |
| Total Owed | $ | 3,698.51 |

Pursuant to 28 U.S.C. § 1961 post-judgment interest will be calculated at the rate of .27 %, per annum.

DATED: July 23, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk